Kristin Nealey Meier, WSBA #33562
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA  98101
(206) 464-4224
kmeier@ryanlaw.com
*Attorneys for National Rifle Association of America*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

RONALD SHIELDS, individually and as Personal Representative of the Estate of NORMA SHIELDS, and on behalf of the marital community of RONALD SHIELDS and NORMA SHIELDS,

                    Plaintiffs,

    v.

TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, an Iowa Corporation; and, NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Foreign Nonprofit Corporation, d/b/a NRA Endorsed Insurance Program; and, A.G.I.A. Inc., a California Corporation d/b/a AGIA Infinity, and as agent/Partner of NRA Endorsed Insurance Program,

                    Defendants.

**The Honorable Salvador Mendoza, Jr.**

NO. 2:20-cv-00438-SMJ

**DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA'S ANSWER TO COMPLAINT**

COMES NOW NATIONAL RIFLE ASSOCIATION OF AMERICA, hereinafter referred to as "NRA," by and through its attorneys of record, Ryan, Swanson & Cleveland, PLLC, and answers Plaintiffs' Complaint as follows:

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

## I.  PARTIES, JURISDICTION, VENUE, AND COVERAGE

1.      Answering paragraph 1.1 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

2.      Answering paragraph 1.2 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

3.      Answering paragraph 1.3 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments, so denies same. Additionally, Plaintiff describes the relief he seeks, to which no response is required. If a response is later deemed required, it is denied.

4.      Answering paragraph 1.4 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

5.      Answering paragraph 1.5 of Plaintiffs' Complaint, NRA admits that Mr. Shields lives in Newport, Washington. For the remainder of the paragraph, NRA is without knowledge or information to form a belief as to the truth of these averments, so denies same.

6.      Answering paragraph 1.6 of Plaintiffs' Complaint, NRA is without

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

knowledge or information to form a belief as to the truth of these averments, so denies same.

7.    Answering paragraph 1.7 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

8.    Answering paragraph 1.8 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

9.    Answering paragraph 1.9 of Plaintiffs' Complaint, NRA denies it does business as NRA Endorsed Insurance Program. NRA admits it is a New York Foreign Nonprofit Corporation that does business in the Eastern District of Washington.

10.    Answering paragraph 1.10 of Plaintiffs' Complaint, NRA has not held an insurance-related license in Washington state, but denies it has acted as a "insurance producer" in any way. Paragraph 1.10 calls for a legal conclusion which does not require a response. To the extend a response is required, it is denied. Except as described, NRA denies the remaining averments in Paragraph 1.10.

11.    Answering paragraph 1.11 of Plaintiffs' Complaint, NRA is without

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

knowledge or information to form a belief as to the truth of these averments and so denies same.

12.     Answering paragraph 1.12 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

13.     Answering paragraph 1.13 of Plaintiffs' Complaint, NRA denies.

14.     Answering paragraph 1.14 of Plaintiffs' Complaint, NRA denies the policy and the advertisements were "by the NRA." NRA is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

15.     Answering paragraph 1.15 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

16.     Answering paragraph 1.16 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

17.     Answering paragraph 1.17 of Plaintiffs' Complaint, NRA denies it engaged in deceptive and misleading practices. NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 4

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

same.

18.    Answering paragraph 1.18 of Plaintiffs' Complaint, NRA denies it engaged in twisting, unfair competition, or deceptive advertising, or otherwise violated Washington State Law. The NRA is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

19.    Answering paragraph 1.19 of Plaintiffs' Complaint, NRA denies.

20.    Answering paragraph 1.20 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

21.    Answering paragraph 1.21 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

22.    Answering paragraph 1.22 of Plaintiffs' Complaint, NRA admits that jurisdiction is proper in the Eastern District of Washington. NRA denies the remaining averments in paragraph 1.22.

23.    Answering paragraph 1.23 and sub paragraphs 1.23.1, 1.23.2 and 1.23.3 of Plaintiffs' Complaint, NRA asserts that the New York Insurance Commission issued a Statement of Charges for actions unrelated to the claims herein. That Statement of Charges speaks for itself. Any mischaracterization or

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 5

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

misstatement of the same is denied. NRA denies the relevance of any statements in the Statement of Charges, as it reflects a time frame decades after the policy at issue was sold, and does not reference a cancer policy.

24.     Answering paragraph 1.24 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

25.     Answering paragraph 1.25 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

26.     Answering paragraph 1.26 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

27.     Answering paragraph 1.27 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

28.     Answering paragraph 1.28 of Plaintiffs' Complaint, NRA denies.

## II.  FACTS

### A. Cancer Insurance Policy

29.     Answering paragraph 2.1 of Plaintiffs' Complaint, NRA denies.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

30.    Answering paragraph 2.2 of Plaintiffs' Complaint, NRA admits.

31.    Answering paragraph 2.3 of Plaintiffs' Complaint, NRA admits that insurance companies sent advertisements to NRA members. NRA denies it "offered" insurance to Mr. and Mrs. Shields. NRA denies the remainder of paragraph 2.3.

32.    Answering paragraph 2.4 of Plaintiffs' Complaint, NRA asserts that the letter Mr. and Mrs. Shields received speaks for itself. Any mischaracterization or misstatement of the same is denied.

33.    Answering paragraph 2.5 of Plaintiffs' Complaint, NRA denies it "offered" any insurance policy. NRA asserts the letter speaks for itself. Any mischaracterization or misstatement of the same is denied. NRA is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

34.    Answering paragraph 2.6 of Plaintiffs' Complaint, NRA asserts that the letter Mr. and Mrs. Shields received speaks for itself. Any mischaracterization or misstatement of the same is denied.

35.    Answering paragraph 2.7 of Plaintiffs' Complaint, NRA asserts that the letter Mr. and Mrs. Shields received speaks for itself. Any mischaracterization or misstatement of the same is denied.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

36.     Answering paragraph 2.8 of Plaintiffs' Complaint, NRA asserts that the letter Mr. and Mrs. Shields received speaks for itself. Any mischaracterization or misstatement of the same is denied.

37.     Answering paragraph 2.9 of Plaintiffs' Complaint, NRA asserts that the policy speaks for itself. Any mischaracterization or misstatement of the same is denied.

38.     Answering paragraph 2.10 of Plaintiffs' Complaint, NRA asserts that the policy speaks for itself. Any mischaracterization or misstatement of the same is denied.

39.     Answering paragraph 2.11 of Plaintiffs' Complaint, NRA asserts that the policy speaks for itself. Any mischaracterization or misstatement of the same is denied.

40.     Answering paragraph 2.12 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

41.     Answering paragraph 2.13 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

42.     Answering paragraph 2.14 of Plaintiffs' Complaint, NRA is without

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 8

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

knowledge or information to form a belief as to the truth of these averments and so denies same.

43.    Answering paragraph 2.15 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments so denies same. NRA denies it engaged in false and misleading conduct.

44.    Answering paragraph 2.16 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments related to "all successors" and so denies same. NRA denies it committed any tortious acts.

45.    Answering paragraph 2.17 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments so denies same.

46.    Answering paragraph 2.18 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments so denies same.

47.    Answering paragraph 2.19 of Plaintiffs' Complaint, NRA admits the NRA Endorsed Insurance Program has changed its name at least once. NRA is without knowledge or information to form a belief as to the truth of the remaining averments so denies same.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

48.    Answering paragraph 2.20 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

49.    Answering paragraph 2.21 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

50.    Answering paragraph 2.22 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments so denies same.

51.    Answering paragraph 2.23 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

52.    Answering paragraph 2.24 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

53.    Answering paragraph 2.25 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. NRA denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 10

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

54.    Answering paragraph 2.26 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

55.    Answering paragraph 2.27 of Plaintiffs' Complaint, NRA denies that Mr. Shields was its policyholder or that the NRA owed him a duty of good faith. NRA is without knowledge or information to form a belief as to the truth of these averments as to any other Defendant and so denies same.

56.    Answering paragraph 2.28 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of these averments as to any other Defendant and so denies same.

57.    Answering paragraph 2.29 of Plaintiffs' Complaint, NRA denies that Mr. and Mrs. Shields were its policyholders or that it owed any duties related to an insured. The NRA is without knowledge or information to form a belief as to the truth of these averments as to any other Defendant and so denies same. Except as described above, NRA denies the remainder of the paragraph.

58.    Answering paragraph 2.30 of Plaintiffs' Complaint, NRA denies that Mr. and Mrs. Shields were its policyholders or that it owed any duties related to an insured. The NRA is without knowledge or information to form a belief as to the truth of these averments as to any other Defendant and so denies same.

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

Except as described above, NRA denies the remainder of the paragraph.

59.    Answering paragraph 2.31 of Plaintiffs' Complaint, NRA denies that Mr. and Mrs. Shields were its policyholders or that it owed any duties related to an insured. The NRA denies it made any misleading, deceptive or false statements to Mr. or Mrs. Shields. The NRA is without knowledge or information to form a belief as to the truth of these averments as to any other Defendant and so denies same. Except as described above, NRA denies the remainder of the paragraph.

60.    Answering paragraph 2.32 of Plaintiffs' Complaint, NRA denies that Mr. and Mrs. Shields were its policyholders or that it owed any duties related to an insured. The NRA is without knowledge or information to form a belief as to the truth of these averments as to any other Defendant and so denies same. Except as described above, NRA denies the remainder of the paragraph.

61.    Answering paragraph 2.33 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. NRA denies any mischaracterization or misstatement of the same. To the extent a response is required it is denied. The NRA is without knowledge or information to form a belief as to the truth of these averments as to Transamerica and so denies same.

62.    Answering paragraph 2.34 of Plaintiffs' Complaint, NRA asserts that this statement is a conclusion of law that requires no response. NRA denies any

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 12

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

mischaracterization or misstatement of the same. To the extent a response is required, it is denied. The NRA is without knowledge or information to form a belief as to the truth of these averments as to Transamerica and so denies same.

63.    Answering paragraph 2.35 (including subparts A-F) of Plaintiffs' Complaint, NRA asserts that these statements are conclusions of law that require no response. NRA denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

64.    Answering paragraph 2.36 of Plaintiffs' Complaint, NRA asserts that these statements are conclusions of law that require no response. NRA denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

65.    Answering paragraph 2.37 (including subparts A-B) of Plaintiffs' Complaint, NRA asserts that the policy speaks for itself. Any mischaracterization or misstatement of same is denied.

66.    Answering paragraph 2.38 of Plaintiffs' Complaint, NRA asserts that these statements are conclusions of law that require no response. NRA denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

67.    Answering paragraph 2.39 of Plaintiffs' Complaint, NRA asserts that

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 13

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

this statement is a conclusion of law that requires no response. NRA denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

68.    Answering paragraph 2.40 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

69.    Answering paragraph 2.41 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law for which no response is needed. To the extent a response is required, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

70.    Answering paragraph 2.42 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law for which no response is needed. NRA denies any mischaracterization or misstatement of the same.  To the extent a response is required, it is denied.

71.    Answering paragraph 2.43 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

72.    Answering paragraph 2.44 of Plaintiffs' Complaint, NRA denies as

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

to the NRA, and is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

73.     Answering paragraph 2.45 of Plaintiffs' Complaint, NRA denies.

74.     Answering paragraph 2.46 of Plaintiffs' Complaint, NRA asserts the statement calls for a legal conclusion as to "special relationship" that would trigger legal obligations, for which no response is needed. NRA denies any mischaracterization or misstatement of the same. To the extent a response is needed, it is denied. NRA denies it has engaged in deceptive, misleading, and illegal practices. NRA denies the remainder of the paragraph.

75.     Answering paragraph 2.47 of Plaintiffs' Complaint, NRA denies.

76.     Answering paragraph 2.48 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments so denies same.

77.     Answering paragraph 2.49 of Plaintiffs' Complaint, NRA asserts that any "marketing materials" speak for themselves. Any mischaracterization or misstatement is denied. NRA specifically denies it issued solicitations. NRA denies the remainder of the paragraph.

78.     Answering paragraph 2.50 of Plaintiffs' Complaint, NRA denies it conducted illegal and unlicensed activities. NRA is without knowledge or

RS   Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

information to form a belief as to the truth of these averments against the other

Defendants and so denies same.

## B. Facts – Loss Under the Policy

79.    Answering paragraph 2.51 of Plaintiffs' Complaint, NRA asserts the

letter speaks for itself. Any mischaracterization or misstatement is denied. NRA

is without knowledge or information to form a belief as to the truth of these

averments against the other Defendants and so denies same.

80.    Answering paragraph 2.52 of Plaintiffs' Complaint, NRA is without

knowledge or information to form a belief as to the truth of these averments and

so denies same.

81.    Answering paragraph 2.53 of Plaintiffs' Complaint, NRA is without

knowledge or information to form a belief as to the truth of these averments and

so denies same.

82.    Answering paragraph 2.54 of Plaintiffs' Complaint, NRA asserts the

letter speaks for itself. Any mischaracterization or misstatement is denied.

83.    Answering paragraph 2.55 of Plaintiffs' Complaint, NRA asserts the

Exhibit speaks for itself. Any mischaracterization or misstatement is denied. NRA

is without knowledge or information to form a belief as to the truth of these

averments and so denies same.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

84.    Answering paragraph 2.56 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

85.    Answering paragraph 2.57 of Plaintiffs' Complaint, NRA asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied. NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

86.    Answering paragraph 2.58 of Plaintiffs' Complaint, NRA asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied. NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

87.    Answering paragraph 2.59 of Plaintiffs' Complaint, NRA denies.

88.    Answering paragraph 2.60 of Plaintiffs' Complaint, NRA denies.

89.    Answering paragraph 2.61 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

90.    Answering paragraph 2.62 of Plaintiffs' Complaint, NRA asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied. NRA is without knowledge or information to form a belief as to the truth of these

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

averments and so denies same.

91.     Answering paragraph 2.63 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

92.     Answering paragraph 2.64 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

93.     Answering paragraph 2.65 of Plaintiffs' Complaint, NRA asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied. NRA is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

94.     Answering paragraph 2.66 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

95.     Answering paragraph 2.67 of Plaintiffs' Complaint, NRA asserts the death certificate speaks for itself. Any mischaracterization or misstatement is denied.

96.     Answering paragraph 2.68 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 18

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

truth of these averments as to the other Defendants and so denies same.

97.    Answering paragraph 2.69 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

98.    Answering paragraph 2.70 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of these averments as to the other Defendants and so denies same.

99.    Answering paragraph 2.71 of Plaintiffs' Complaint, NRA asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied. NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

100.    Answering paragraph 2.72 of Plaintiffs' Complaint, NRA asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied.

101.    Answering paragraph 2.73 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

102.    Answering paragraph 2.74 of Plaintiffs' Complaint, NRA denies it is the policyholder, has an obligation to issue payment to Mr. Shields, or received Mr. Shields' premiums. NRA denies the remainder of paragraph 2.74.

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

103.    Answering paragraph 2.75 of Plaintiffs' Complaint, NRA admits.

104.    Answering paragraph 2.76 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

105.    Answering paragraph 2.77 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments and so denies same.

106.    Answering paragraph 2.78 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

107.    Answering paragraph 2.79 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

108.    Answering paragraph 2.80 of Plaintiffs' Complaint, NRA asserts that the Exhibits speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

109.    Answering paragraph 2.81 of Plaintiffs' Complaint, NRA denies it

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 20

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

received the January 31, 2020 Insurance Fair Conduct Notice. NRA is without knowledge or information to form a belief as to the truth of the averments and so denies same.

110.    Answering paragraph 2.82 of Plaintiffs' Complaint, NRA asserts that the Exhibits speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied. NRA is without knowledge or information to form a belief as to the truth of the averments and so denies same.

111.    Answering paragraph 2.83 of Plaintiffs' Complaint, NRA asserts that the Exhibits speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied. NRA is without knowledge or information to form a belief as to the truth of the averments and so denies same.

112.    Answering paragraph 2.84 of Plaintiffs' Complaint, NRA denies.

113.    Answering paragraph 2.85 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

114.    Answering paragraph 2.86 of Plaintiffs' Complaint, NRA asserts that the Exhibit speaks for itself, and no response is required. Any mischaracterization

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 21

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

or misstatement is denied. If a response is later deemed required, it is denied. NRA is without knowledge or information to form a belief as to the truth of the averments and so denies same.

115.    Answering paragraph 2.87 of Plaintiffs' Complaint, NRA asserts the letter speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, NRA denies same.

116.    Answering paragraph 2.88 of Plaintiffs' Complaint, NRA admits it did not send a notice and affirmatively asserts that it does not correspond regarding insurance. NRA is without knowledge or information to form a belief as to the truth of these averments, so denies same.

117.    Answering paragraph 2.89 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of these averments, so denies same.

118.    Answering paragraph 2.90 of Plaintiffs' Complaint, NRA denies it sent a letter to Ms. Shields. NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

119.    Answering paragraph 2.91 of Plaintiffs' Complaint, NRA asserts that the Exhibit speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied. NRA

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 22

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

is without knowledge or information to form a belief as to the truth of the averments and so denies same.

120.    Answering paragraph 2.92 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

121.    Answering paragraph 2.93 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

122.    Answering paragraph 2.94 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

123.    Answering paragraph 2.95 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

124.    Answering paragraph 2.96 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

125.    Answering paragraph 2.97 of Plaintiffs' Complaint, NRA denies it wrote the policy. NRA asserts this statement is a conclusion of law, with no

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 23

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

response required. If a response is later deemed required, it is denied.

126.   Answering paragraph 2.98 of Plaintiffs' Complaint, NRA denies receiving a notice of loss or that it denied a claim. NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

127.   Answering paragraph 2.99 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of these averments as to other Defendants, and so denies same.

128.   Answering paragraph 2.100 of Plaintiffs' Complaint, NRA admits is has not issued any payments to Mr. Shields. NRA is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

129.   Answering paragraph 2.101 of Plaintiffs' Complaint, NRA admits it has not paid Plaintiffs for any medical bills. NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

### III.  CAUSES OF ACTION

### First Cause of Action:
### NEGLIGENCE

130.   Answering paragraph 3.1 of Plaintiffs' Complaint, NRA repeats and

RS   Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

incorporates its responses to all preceding paragraphs as if set forth fully herein.

131.    Answering paragraph 3.2 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants.

132.    Answering paragraph 3.3 of Plaintiffs' Complaint, NRA asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

133.    Answering paragraph 3.4 of Plaintiffs' Complaint, NRA denies it is or was the agent of Transamerica or that it has any duties under the policy or Washington State insurance laws. NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

134.    Answering paragraph 3.5 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

135.    Answering paragraph 3.6 of Plaintiffs' Complaint, NRA denies as to NRA, and without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

136.    Answering paragraph 3.7 of Plaintiffs' Complaint, NRA asserts that this is a statement about arbitration that does not require an answer. To the extent

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

an answer is required, it is denied.

## Second Cause of Action:
## PROFESSIONAL NEGLIGENCE

137.   Answering paragraph 3.8 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

138.   Answering paragraph 3.9 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

139.   Answering paragraph 3.10 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

140.   Answering paragraph 3.11 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

141.   Answering paragraph 3.12 of Plaintiffs' Complaint, NRA denies.

142.   Answering paragraph 3.13 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

143.   Answering paragraph 3.14 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

of the remaining averments as to the other Defendants, so denies same.

144.    Answering paragraph 3.15 of Plaintiffs' Complaint, NRA asserts that the letter and the policy speak for themselves. Any mischaracterization or misstatement of same is denied. If a response is later deemed required, it is denied.

145.    Answering paragraph 3.16 of Plaintiffs' Complaint, NRA asserts that the policy speaks for itself. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

### Third Cause of Action:
### CONSUMER PROTECTION ACT

#### A. Violation – Deceptive Practice / Advertising

146.    Answering paragraph 3.17 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

147.    Answering paragraph 3.18 of Plaintiffs' Complaint, NRA asserts that this statement is a description of Plaintiffs' claims and does not require an answer. To the extent an answer is required, it is denied as to the NRA. NRA is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

148.    Answering paragraph 3.19 of Plaintiffs' Complaint, NRA asserts the statement is a conclusion of law and does not require a response. Any

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

mischaracterization or misstatement of same is denied. If a response is later deemed required, it is denied.

## B. <u>Violation – Twisting</u>

149.    Answering paragraph 3.20 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

150.    Answering paragraph 3.21 of Plaintiffs' Complaint, NRA asserts the statute speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

151.    Answering paragraph 3.22 of Plaintiffs' Complaint, NRA asserts the advertisement speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

152.    Answering paragraph 3.23 of Plaintiffs' Complaint, NRA asserts the policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

153.    Answering paragraph 3.24 of Plaintiffs' Complaint, NRA asserts the

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

154.    Answering paragraph 3.25 of Plaintiffs' Complaint, NRA asserts the policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

155.    Answering paragraph 3.26 of Plaintiffs' Complaint, NRA denies.

156.    Answering paragraph 3.27 of Plaintiffs' Complaint, NRA denies.

157.    Answering paragraph 3.28 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

**Fourth Cause of Action:**
**FRAUD IN THE SALE, SOLICITATION, NEGOTIATION, AND**
**ADVERTISING OF INSURANCE, CLAIMS HANDLING, AND**
**FRAUDULENT INDUCEMENT TO CONTRACT**

158.    Answering paragraph 3.29 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

159.    Answering paragraph 3.30 of Plaintiffs' Complaint, NRA denies.

160.    Answering paragraph 3.31 of Plaintiffs' Complaint, NRA denies.

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

161.   Answering paragraph 3.32 of Plaintiffs' Complaint, NRA denies.

162.   Answering paragraph 3.33 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

163.   Answering paragraph 3.34 of Plaintiffs' Complaint, NRA denies it is part of the claims process. NRA asserts the letter speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, NRA denies same.  The NRA is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

164.   Answering paragraph 3.35 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

165.   Answering paragraph 3.36 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

166.   Answering paragraph 3.37 of Plaintiffs' Complaint, NRA asserts the policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required,

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 30

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

it is denied.

167.    Answering paragraph 3.38 of Plaintiffs' Complaint, NRA asserts the advertisement and policy speak for themselves and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, NRA denies same.

168.    Answering paragraph 3.39 of Plaintiffs' Complaint, NRA asserts the policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

169.    Answering paragraph 3.40 of Plaintiffs' Complaint, NRA asserts the letter speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

170.    Answering paragraph 3.41 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

171.    Answering paragraph 3.42 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 31

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

172.   Answering paragraph 3.43 of Plaintiffs' Complaint, NRA denies as to the NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

173.   Answering paragraph 3.44 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

174.   Answering paragraph 3.45 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

175.   Answering paragraph 3.46 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

176.   Answering paragraph 3.47 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

177.   Answering paragraph 3.48 of Plaintiffs' Complaint, NRA asserts the statement is a conclusion of law, with no response required. Any mischaracterization or misstatement of same is denied. If a response is later deemed required, it is denied.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

178.   Answering paragraph 3.49 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

## Fifth Cause of Action:
## BREACH OF FIDUCIARY DUTY AND/OR BREACH OF QUASI FIDUCIARY DUTY

179.   Answering paragraph 3.50 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

180.   Answering paragraph 3.51 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

181.   Answering paragraph 3.52 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

182.   Answering paragraph 3.53 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

183.   Answering paragraph 3.54 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

of the averments as to other Defendants, so denies same.

184.    Answering paragraph 3.55 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

### Sixth Cause of Action:
### INSURANCE FAIR CONDUCT ACT / CONSUMER PROTECTION ACT

185.    Answering paragraph 3.56 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

186.    Answering paragraph 3.57 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

187.    Answering paragraph 3.58 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

188.    Answering paragraph 3.59 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

189.    Answering paragraph 3.60 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

denies same.

190.    Answering paragraph 3.61 of Plaintiffs' Complaint, NRA asserts this statement describes Plaintiffs' claims and no response is required. To the extent a response is required, it is denied.

191.    Answering paragraph 3.62 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

192.    Answering paragraph 3.63 of Plaintiffs' Complaint, NRA asserts that the statement describes Plaintiff's claims and does not require a response. To the extent a response is required, it is denied.

193.    Answering paragraph 3.64 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

194.    Answering paragraph 3.65 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

## Seventh Cause of Action:
## CONSUMER PROTECTION ACT – DECEPTIVE PRACTICES / UNFAIR COMPETITION

195.    Answering paragraph 3.66 of Plaintiffs' Complaint, NRA repeats

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

and incorporates its responses to all preceding paragraphs as if set forth fully herein.

196.    Answering paragraph 3.67 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

197.    Answering paragraph 3.68 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

198.    Answering paragraph 3.69 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

199.    Answering paragraph 3.70 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

200.    Answering paragraph 3.71 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

201.    Answering paragraph 3.72 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

of the averments as to other Defendants, so denies same.

202.    Answering paragraph 3.73 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

203.    Answering paragraph 3.74 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

204.    Answering paragraph 3.75 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

205.    Answering paragraph 3.76 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

206.    Answering paragraph 3.77 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

207.    Answering paragraph 3.78 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 37

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

208.   Answering paragraph 3.79 of Plaintiffs' Complaint, NRA asserts the letter speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, NRA denies same.

## Eighth Cause of Action:
## BAD FAITH / BREACH OF IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING

209.   Answering paragraph 3.80 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

210.   Answering paragraph 3.81 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

211.   Answering paragraph 3.82 of Plaintiffs' Complaint, NRA asserts the statement is a conclusion of law for which no response is required. Any mischaracterization or misstatement of same is denied.  To the extent a response is required, NRA denies same.

212.   Answering paragraph 3.83 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 38

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

213.   Answering paragraph 3.84 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

214.   Answering paragraph 3.85 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

**Ninth Cause of Action:**
**DECLARATORY JUDGMENT / RCW 7.24**

215.   Answering paragraph 3.86 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

216.   Answering paragraph 3.87 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

217.   Answering paragraph 3.88 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

218.   Answering paragraph 3.89 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

219.    Answering paragraph 3.90 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

220.    Answering paragraph 3.91 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

221.    Answering paragraph 3.92 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

222.    Answering paragraph 3.93 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

223.    Answering paragraph 3.94 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

224.    Answering paragraph 3.95 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

225.    Answering paragraph 3.96 of Plaintiffs' Complaint, NRA asserts the

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

226.    Answering paragraph 3.97 of Plaintiffs' Complaint, NRA asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, NRA denies.

227.    Answering paragraph 3.98 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

## Tenth Cause of Action:
## NEGLIGENT CLAIMS HANDLING

228.    Answering paragraph 3.99 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

229.    Answering paragraph 3.100 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

230.    Answering paragraph 3.101 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

231.    Answering paragraph 3.102 of Plaintiffs' Complaint, NRA denies as

DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA'S ANSWER TO COMPLAINT - 41

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

232.    Answering paragraph 3.103 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

**Eleventh Cause of Action:**
**UNFAIR TRADE AND COMPETITION (RCW 19.86.020)**

233.    Answering paragraph 3.104 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

234.    Answering paragraph 3.105 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

**Twelfth Cause of Action:**
**BREACH OF CONTRACT: EXPRESSED AND IMPLIED**

235.    Answering paragraph 3.106 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

236.    Answering paragraph 3.107 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 42

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

of the averments as to other Defendants, so denies same.

237.    Answering paragraph 3.108 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

238.    Answering paragraph 3.109 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

239.    Answering paragraph 3.110 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

240.    Answering paragraph 3.111 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

### Thirteenth Cause of Action:
### PROMISSORY ESTOPPEL

241.    Answering paragraph 3.112 of Plaintiffs' Complaint, NRA repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

242.    Answering paragraph 3.113 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments,

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

so denies same.

243.    Answering paragraph 3.114 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

244.    Answering paragraph 3.115 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

245.    Answering paragraph 3.116 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

## IV.  DAMAGES/ADDITIONAL CLAIMS HANDLING VIOLATIONS

246.    Answering paragraph 4.1 of Plaintiffs' Complaint, NRA asserts the policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, NRA denies same.

247.    Answering paragraph 4.2 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

248.    Answering paragraph 4.3 of Plaintiffs' Complaint, NRA is without

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 44

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

knowledge or information to form a belief as to the truth of the averments, so denies same.

249.    Answering paragraph 4.4 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

250.    Answering paragraph 4.5 of Plaintiffs' Complaint, NRA is without knowledge or information to form a belief as to the truth of the averments, so denies same.

251.    Answering paragraph 4.6 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

252.    Answering paragraph 4.7 of Plaintiffs' Complaint, NRA assert this statement is a description of Plaintiffs' claims and no response is required. To the extent a response is later required, NRA denies.

253.    Answering paragraph 4.8 of Plaintiffs' Complaint, NRA denies as to NRA, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

/ / /

/ / /

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224   |   Fax 206.583.0359

## AFFIRMATIVE DEFENSES

1.     The Complaint fails to state a claim upon which relief can be granted.

2.     All claims asserted in the Complaint are barred because NRA did not engage in any unlawful conduct, and no act or omission of NRA caused the Plaintiffs any injury, including the injury alleged in the Complaint.

3.     Some or all of the claims asserted in the Complaint may be barred by the applicable statute of limitations.

4.     If any award is made against these parties, the award be apportioned among any and all at-fault entities.

5.     The NRA is not responsible for any damages caused in whole or in part by the independent, intervening, or superseding acts of third parties.  NRA is not responsible and is not the legal or proximate cause of any damages resulting from any acts, representations, or omissions by third parties which were not authorized and/or were not performed with actual, implied, or apparent authority.

6.     Some or all of the claims asserted in the Complaint are barred, in whole or in part, by the Plaintiff's contributory negligence and because the matters complained of were adequately disclosed to the plaintiff and/or he failed to read documents which were provided to him which disclosed such matters.

7.     All claims asserted in the Complaint are barred, in whole or in part,

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 46

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4842-6198-0399.3

because the NRA did not breach any common law or contractual duty owed to the Plaintiff.

8.      All claims asserted in the Complaint are barred because NRA did not legally cause any of the damages claimed in the Complaint, and the Plaintiff has not suffered any injury or damage by reason of any unlawful act or omission by NRA.

9.      The alleged conduct of NRA cannot support an award of exemplary damages, and any award of exemplary damages in this matter would violate the Due Process Clause of the United States Constitution and the corresponding provision of the Constitution of the State of Washington.

10.     Any award of exemplary damages to the plaintiff would be in violation of the constitutional rights and safeguards provided to NRA under the Constitution of the United States of America including, without limitation, because there are no limitations placed on a jury's discretion in considering the imposition or amount of such damages, there are no sufficient trial court and appellate review mechanisms to constitutionally confirm any such damage award, and the imposition of such a damage award would allow a verdict tainted by passion and prejudice.

11.     Any award of exemplary damages in this case would violate the

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

procedural and substantive safeguards provided to NRA under the Fifth, Sixth, Eighth, and Fourteenth Amendments to the Constitution of the United States, and under the Constitution of the State of Washington, in that such damages are penal in nature and, consequently, NRA is entitled to the same procedural and substantive safeguards afforded to criminal defendants.

12.   Any award of exemplary damages to the plaintiff in this case would violate the Eighth Amendment to the Constitution of the United States and the Constitution of the State of Washington in that such damages would constitute imposition of an excessive fine.

13.   NRA reserves its right to assert all other defenses and to add any other affirmative defenses as may be revealed by further investigation and discovery in this case.

## PRAYER FOR RELIEF

WHEREFORE, having fully and completely responded to each and every allegation and claim in the Complaint, NRA prays that the Plaintiff take nothing, that the Complaint be dismissed in its entirety with prejudice, that NRA recover its attorney's fees and costs for defending this action, and for such other and

/ / /

/ / /

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1  further relief as the Court deems just and proper.

2        DATED this 30th day of June, 2021.

3

4

5                    By  *s. Kristin Nealey Meier*
                        Kristin Nealey Meier, WSBA #33562
6                        *Attorneys for Defendant*
                        *National Rifle Association of America*
7                        RYAN, SWANSON & CLEVELAND, PLLC
                        1201 Third Avenue, Suite 3400
8                        Seattle, Washington  98101-3034
                        Telephone: (206) 464-4224
9                        Facsimile: (206) 583-0359
                        kmeier@ryanlaw.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 30th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

Angie Henderson, Legal Assistant
henderson@ryanlaw.com

DEFENDANT NATIONAL RIFLE ASSOCIATION OF
AMERICA'S ANSWER TO COMPLAINT - 50

 Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4842-6198-0399.3