Kristin Nealey Meier, WSBA #33562
Shanece M. Dedeaux, WSBA #56734
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA  98101
(206) 464-4224
kmeier@ryanlaw.com
dedeaux@ryanlaw.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

RONALD SHIELDS, individually and as
Personal Representative of the Estate of
NORMA SHIELDS, and on behalf of the
marital community of RONALD
SHIELDS and NORMA SHIELDS,

                          Plaintiffs,

        v.

TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY, an Iowa
Corporation; and, NATIONAL RIFLE
ASSOCIATION OF AMERICA, a New
York Foreign Nonprofit Corporation, d/b/a
NRA Endorsed Insurance Program; and,
A.G.I.A. Inc., a California Corporation
d/b/a AGIA Infinity, and as agent/Partner
of NRA Endorsed Insurance Program,

                          Defendants.

**The Honorable Salvador Mendoza, Jr.**

NO. 2:20-cv-00438-SMJ

**DEFENDANT TRANSAMERICA PREMIER LIFE INSURANCE COMPANY'S ANSWER TO COMPLAINT**

COMES   NOW   TRANSAMERICA   PREMIER   LIFE   INSURANCE

COMPANY, hereinafter referred to as "TPLIC," by and through its attorneys of

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

record, Ryan, Swanson & Cleveland, PLLC, and answers Plaintiffs' Complaint as follows:

## I.  PARTIES, JURISDICTION, VENUE, AND COVERAGE

1.      Answering paragraph 1.1 of Plaintiffs' Complaint, TPLIC admits only that Mr. Shields lives in Newport, Washington. TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

2.      Answering paragraph 1.2 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

3.      Answering paragraph 1.3 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same. Additionally, Plaintiffs describe the relief sought, to which no response is required. If a response is later deemed required, it is denied.

4.      Answering paragraph 1.4 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

5.      Answering paragraph 1.5 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

denies same.

6.      Answering paragraph 1.6 of Plaintiffs' Complaint, TPLIC admits that Mr. Shields has paid timely premium payments to date.

7.      Answering paragraph 1.7 of Plaintiffs' Complaint, TPLIC asserts that that Transamerica Premier Life Insurance Company merged into Transamerica Life Insurance Company on October 1, 2020. TPLIC admits it does business in the Eastern District of Washington, but denies the remainder of the paragraph.

8.      Answering paragraph 1.8 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

9.      Answering paragraph 1.9 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

10.     Answering paragraph 1.10 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

11.     Answering paragraph 1.11 of Plaintiffs' Complaint, TPLIC admits it is the insurer for a cancer insurance policy that insures Ronald Shields and his

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 3

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

spouse, with an effective date of January 1, 2014 (the "Policy"), which coverage is determined by the plain language of the Policy, which speaks for itself. Any mischaracterization or misstatement of the same is denied. TPLIC denies the remainder of the paragraph.

12.    Answering paragraph 1.12 of Plaintiffs' Complaint, TPLIC admits.

13.    Answering paragraph 1.13 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

14.    Answering paragraph 1.14 of Plaintiffs' Complaint, TPLIC admits only that Mr. Shields submitted documents as part of a claim under the Policy. TPLIC denies the remainder of the paragraph.

15.    Answering paragraph 1.15 of Plaintiffs' Complaint, TPLIC denies.

16.    Answering paragraph 1.16 of Plaintiffs' Complaint, TPLIC denies.

17.    Answering paragraph 1.17 of Plaintiffs' Complaint, TPLIC admits only that Mr. Shields has requested benefits under the Policy and submitted incomplete claim documentation, and that no benefit payments have been made under the Policy. TPLIC denies the remainder of the paragraph.

18.    Answering paragraph 1.18 of Plaintiffs' Complaint, TPLIC denies.

19.    Answering paragraph 1.19 of Plaintiffs' Complaint, TPLIC is

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 4

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

without knowledge or information to form a belief as to the truth of these averments and so denies same.

20.     Answering paragraph 1.20 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

21.     Answering paragraph 1.21 of Plaintiffs' Complaint, TPLIC admits only that Mr. Shields is a Washington resident.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

22.     Answering paragraph 1.22 of Plaintiffs' Complaint, TPLIC denies.

23.     Answering paragraph 1.23 and sub paragraphs 1.23.1, 1.23.2 and 1.23.3 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

24.     Answering paragraph 1.24 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

25.     Answering paragraph 1.25 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 5

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

26.     Answering paragraph 1.26 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

27.     Answering paragraph 1.27 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. To the extent a response is required, it is denied.

28.     Answering paragraph 1.28 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

## II.  FACTS

### A. <u>Cancer Insurance Policy</u>

29.     Answering paragraph 2.1 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

30.     Answering paragraph 2.2 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

31.     Answering paragraph 2.3 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1  so denies same.

2      32.    Answering paragraph 2.4 of Plaintiffs' Complaint, TPLIC is without

3

4  knowledge or information to form a belief as to the truth of these averments and

5  so denies same.

6

7      33.    Answering paragraph 2.5 of Plaintiffs' Complaint, TPLIC is without

8  knowledge or information to form a belief as to the truth of these averments and

9  so denies same.

10

11     34.    Answering paragraph 2.6 of Plaintiffs' Complaint, TPLIC is without

12 knowledge or information to form a belief as to the truth of these averments and

13 so denies same.

14

15     35.    Answering paragraph 2.7 of Plaintiffs' Complaint, TPLIC is without

16 knowledge or information to form a belief as to the truth of these averments and

17 so denies same.

18

19     36.    Answering paragraph 2.8 of Plaintiffs' Complaint, TPLIC is without

20 knowledge or information to form a belief as to the truth of these averments and

21 so denies same.

22

23     37.    Answering paragraph 2.9 of Plaintiffs' Complaint, TPLIC is without

24 knowledge or information to form a belief as to the truth of these averments and

25 so denies same.

26

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

38.     Answering paragraph 2.10 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

39.     Answering paragraph 2.11 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

40.     Answering paragraph 2.12 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

41.     Answering paragraph 2.13 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

42.     Answering paragraph 2.14 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

43.     Answering paragraph 2.15 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments so denies same.

44.     Answering paragraph 2.16 of Plaintiffs' Complaint, TPLIC is

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 8

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

without knowledge or information to form a belief as to the truth of these averments related to "all successors" and so denies same.

45.     Answering paragraph 2.17 of Plaintiffs' Complaint, TPLIC admits only that Monumental Life Insurance Company ("Monumental") issued the Policy for cancer indemnity benefits on January 1, 2014 insuring Mr. Shields and his spouse, certificate number 5501483442 and that Monumental changed its name to TPLIC as of July 31, 2014. TPLIC denies the remainder of the paragraph.

46.     Answering paragraph 2.18 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

47.     Answering paragraph 2.19 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

48.     Answering paragraph 2.20 of Plaintiffs' Complaint, TPLIC admits only that Exhibit 1 appears to be a duplicate certificate of the Policy, with an unknown person's handwritten notes on it.

49.     Answering paragraph 2.21 of Plaintiffs' Complaint, TPLIC denies.

50.     Answering paragraph 2.22 of Plaintiffs' Complaint, TPLIC admits that Mr. Shields is current on his premium payments for the Policy. TPLIC is

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 9

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

without knowledge or information to form a belief as to the truth of the remaining averments, and so denies same.

51.    Answering paragraph 2.23 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

52.    Answering paragraph 2.24 of Plaintiffs' Complaint, TPLIC denies.

53.    Answering paragraph 2.25 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, TPLIC admits only that the Policy is currently in-force.

54.    Answering paragraph 2.26 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

55.    Answering paragraph 2.27 of Plaintiffs' Complaint, TPLIC asserts the existence and extent of any duty it owes to policyholders are conclusions of law that requires no response. To the extent a response is required, it is denied.

56.    Answering paragraph 2.28 of Plaintiffs' Complaint, TPLIC asserts the existence and extent of any duty it owes to policyholders are conclusions of

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

law that requires no response. To the extent a response is required, it is denied.

57.    Answering paragraph 2.29 of Plaintiffs' Complaint, TPLIC asserts the existence and extent of any duty it owes to policyholders are conclusions of law that requires no response. To the extent a response is required, it is denied. TPLIC expressly denies that it owes a fiduciary duty to Mr. or Mrs. Shields.

58.    Answering paragraph 2.30 of Plaintiffs' Complaint, TPLIC asserts the existence and extent of any duty it owes to policyholders are conclusions of law that requires no response. To the extent a response is required, it is denied.

59.    Answering paragraph 2.31 of Plaintiffs' Complaint, asserts the existence and extent of any duty it owes to policyholders are conclusions of law that requires no response. To the extent a response is required, it is denied. TPLIC affirmatively asserts it did not make any misleading, deceptive, and false statements.

60.    Answering paragraph 2.32 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

61.    Answering paragraph 2.33 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. TPLIC denies

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 11

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

any mischaracterization or misstatement of the same. To the extent a response is required it is denied.

62.    Answering paragraph 2.34 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

63.    Answering paragraph 2.35 (including subparts A-F) of Plaintiffs' Complaint, TPLIC asserts that these statements are conclusions of law that require no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

64.    Answering paragraph 2.36 of Plaintiffs' Complaint, TPLIC asserts that these statements are conclusions of law that require no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

65.    Answering paragraph 2.37 (including subparts A-B) of Plaintiffs' Complaint, TPLIC asserts that the Policy speaks for itself. Any mischaracterization or misstatement of same is denied.

66.    Answering paragraph 2.38 of Plaintiffs' Complaint, TPLIC asserts that these statements are conclusions of law that require no response. TPLIC

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 12

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

67.    Answering paragraph 2.39 of Plaintiffs' Complaint, TPLIC asserts that this statement is a conclusion of law that requires no response. TPLIC denies any mischaracterization or misstatement of the same. To the extent a response is required, it is denied.

68.    Answering paragraph 2.40 of Plaintiffs' Complaint, TPLIC denies as to the TPLIC, and is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

69.    Answering paragraph 2.41 of Plaintiffs' Complaint, TPLIC denies it advertised an "NRA Cancer Plan." TPLIC asserts this statement is a conclusion of law for which no response is needed. To the extent a response is required, it is denied as to TPLIC, which is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

70.    Answering paragraph 2.42 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law for which no response is needed. TPLIC denies any mischaracterization or misstatement of the same.  To the extent a response is required, it is denied.

71.    Answering paragraph 2.43 of Plaintiffs' Complaint, TPLIC admits

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

only that the Policy is currently in effect. TPLIC does not know what Plaintiffs intend by "insurance transactions" and therefore denies the remainder of the paragraph.

72.    Answering paragraph 2.44 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law for which no response is needed. TPLIC denies any mischaracterization or misstatement of the same.  To the extent a response is required, it is denied.

73.    Answering paragraph 2.45 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

74.    Answering paragraph 2.46 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

75.    Answering paragraph 2.47 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

76.    Answering paragraph 2.48 of Plaintiffs' Complaint, TPLIC admits it continues to charge premiums for the Policy. TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments so denies

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 14

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

same.

77.    Answering paragraph 2.49 of Plaintiffs' Complaint, TPLIC asserts that any "marketing materials" speak for themselves. Any mischaracterization or misstatement is denied. TPLIC specifically denies created or issued any marketing materials for the Policy. TPLIC denies the remainder of the paragraph.

78.    Answering paragraph 2.50 of Plaintiffs' Complaint, TPLIC denies it conducted illegal and unlicensed activities. TPLIC is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

**B. Facts – Loss Under the Policy**

79.    Answering paragraph 2.51 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

80.    Answering paragraph 2.52 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

81.    Answering paragraph 2.53 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

82.    Answering paragraph 2.54 of Plaintiffs' Complaint, TPLIC asserts the letter speaks for itself. Any mischaracterization or misstatement is denied.

83.    Answering paragraph 2.55 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

84.    Answering paragraph 2.56 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

85.    Answering paragraph 2.57 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

86.    Answering paragraph 2.58 of Plaintiffs' Complaint, TPLIC asserts the Exhibit speaks for itself. Any mischaracterization or misstatement is denied. TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

87.    Answering paragraph 2.59 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

88.    Answering paragraph 2.60 of Plaintiffs' Complaint, TPLIC admits

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 16

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

only that it has charged and received premium for the insurance coverage provided in the Policy.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

89.    Answering paragraph 2.61 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

90.    Answering paragraph 2.62 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

91.    Answering paragraph 2.63 of Plaintiffs' Complaint, TPLIC admits only that Plaintiffs have attached a copy of a document that appears to be a death certificate for Norma Shields as an Exhibit to the Complaint.  The document speaks for itself. TPLIC is without knowledge or information to form a belief as to the truth of the averments and so denies same.

92.    Answering paragraph 2.64 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

93.    Answering paragraph 2.65 of Plaintiffs' Complaint, TPLIC admits only that Plaintiffs have attached a copy of a document that appears to be a death

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 17

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

certificate for Norma Shields as an Exhibit to the Complaint.  The document speaks for itself.  TPLIC is without knowledge or information to form a belief as to the truth of these averments against the other Defendants and so denies same.

94.    Answering paragraph 2.66 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

95.    Answering paragraph 2.67 of Plaintiffs' Complaint, TPLIC admits only that Plaintiffs have attached a copy of a document that appears to be a death certificate for Norma Shields as an Exhibit to the Complaint.  The document speaks for itself. Any mischaracterization or misstatement is denied.

96.    Answering paragraph 2.68 of Plaintiffs' Complaint, TPLIC admits only that Mr. Shields submitted incomplete claim documentation in connection with a request for benefits, and that a pathology report was requested from him in connection with his claim.  TPLIC denies the remaining averments to the extent they are directed at TPLIC, and is without knowledge or information to form a belief as to the truth of these averments as to the other Defendants and so denies same.

97.    Answering paragraph 2.69 of Plaintiffs' Complaint, TPLIC denies.

98.    Answering paragraph 2.70 of Plaintiffs' Complaint, TPLIC denies.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 18

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

99.    Answering paragraph 2.71 of Plaintiffs' Complaint, TPLIC admits only that Plaintiffs have attached documents as Exhibit 7 to the Complaint.  The documents speak for themselves.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments and so denies same.

100.    Answering paragraph 2.72 of Plaintiffs' Complaint, TPLIC asserts the Policy speaks for itself. Any mischaracterization or misstatement is denied.

101.    Answering paragraph 2.73 of Plaintiffs' Complaint, TPLIC admits.

102.    Answering paragraph 2.74 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

103.    Answering paragraph 2.75 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

104.    Answering paragraph 2.76 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

105.    Answering paragraph 2.77 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 19

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

106.    Answering paragraph 2.78 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

107.    Answering paragraph 2.79 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments and so denies same.

108.    Answering paragraph 2.80 of Plaintiffs' Complaint, TPLIC asserts that the Exhibit speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

109.    Answering paragraph 2.81 of Plaintiffs' Complaint, TPLIC admits that it received a letter dated January 31, 2020 identifying the Insurance Fair Conduct Act and that the letter was addressed to the "Office of the Insurance Commissioner," to "NRA Endorsed Member Benefits," and to "Transamerica."

110.    Answering paragraph 2.82 of Plaintiffs' Complaint, TPLIC asserts that the Exhibit speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

111.   Answering paragraph 2.83 of Plaintiffs' Complaint, TPLIC asserts that the Exhibit speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

112.   Answering paragraph 2.84 of Plaintiffs' Complaint, TPLIC admits only that a response was provided to Plaintiffs' counsel, and is attached as an Exhibit to the Complaint. The Exhibit speaks for itself and no further response is required.  Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

113.   Answering paragraph 2.85 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

114.   Answering paragraph 2.86 of Plaintiffs' Complaint, TPLIC asserts that the Exhibit speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

115.   Answering paragraph 2.87 of Plaintiffs' Complaint, TPLIC asserts the Exhibit speaks for itself, and no response is required. Any mischaracterization or misstatement is denied. If a response is later deemed required, TPLIC denies

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 21

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

same.

116.    Answering paragraph 2.88 of Plaintiffs' Complaint, TPLIC denies.

117.    Answering paragraph 2.89 of Plaintiffs' Complaint, TPLIC admits only that the Policy has an overall lifetime maximum amount for all benefits of $250,000, that Plaintiffs have actual knowledge of the Policy's terms, and that the Policy's written terms speak for themselves.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

118.    Answering paragraph 2.90 of Plaintiffs' Complaint, TPLIC admits that Plaintiffs attached a copy of a letter as Exhibit 11 to the Complaint. The Exhibit speaks for itself and no further response is required.    Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

119.    Answering paragraph 2.91 of Plaintiffs' Complaint, TPLIC asserts that the Exhibit speaks for itself, and no response is required.    Any mischaracterization or misstatement is denied. If a response is later deemed required, it is denied.

120.    Answering paragraph 2.92 of Plaintiffs' Complaint, TPLIC asserts

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

this statement regarding a "reasonable investigation" is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

121.    Answering paragraph 2.93 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

122.    Answering paragraph 2.94 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

123.    Answering paragraph 2.95 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

124.    Answering paragraph 2.96 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

125.    Answering paragraph 2.97 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

126.    Answering paragraph 2.98 of Plaintiffs' Complaint, TPLIC denies.

127.    Answering paragraph 2.99 of Plaintiffs' Complaint, TPLIC admits

that it has received payment on the Policy, which is currently in effect.

128.    Answering paragraph 2.100 of Plaintiffs' Complaint, TPLIC admits is has not issued any payments to Mr. Shields. TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

129.    Answering paragraph 2.101 of Plaintiffs' Complaint, TPLIC admits it has not paid Plaintiffs for any medical bills. TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

### III.  CAUSES OF ACTION

### First Cause of Action:
### NEGLIGENCE

130.    Answering paragraph 3.1 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

131.    Answering paragraph 3.2 of Plaintiffs' Complaint, TPLIC admits it is the insurer under the Policy, which is still in effect. TPLIC admits an insurance policy is a contract.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 24

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

132.   Answering paragraph 3.3 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

133.   Answering paragraph 3.4 of Plaintiffs' Complaint, TPLIC denies the NRA is its agent. TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

134.   Answering paragraph 3.5 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

135.   Answering paragraph 3.6 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

136.   Answering paragraph 3.7 of Plaintiffs' Complaint, TPLIC asserts that this is a statement about Plaintiffs' intent regarding arbitration that does not require an answer. To the extent an answer is required, it is denied.

**Second Cause of Action:**
**PROFESSIONAL NEGLIGENCE**

137.   Answering paragraph 3.8 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 25

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

138.    Answering paragraph 3.9 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

139.    Answering paragraph 3.10 of Plaintiffs' Complaint, TPLIC denies.

140.    Answering paragraph 3.11 of Plaintiffs' Complaint, TPLIC denies.

141.    Answering paragraph 3.12 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

142.    Answering paragraph 3.13 of Plaintiffs' Complaint, TPLIC asserts this statement is a conclusion of law, with no response required. If a response is later deemed required, it is denied.

143.    Answering paragraph 3.14 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

144.    Answering paragraph 3.15 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.

145.    Answering paragraph 3.16 of Plaintiffs' Complaint, TPLIC asserts that the Policy speaks for itself. Any mischaracterization or misstatement is

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 26

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4853-0189-5925.3

denied. If a response is later deemed required, it is denied.

### Third Cause of Action:
### CONSUMER PROTECTION ACT

#### A. Violation – Deceptive Practice / Advertising

146.    Answering paragraph 3.17 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

147.    Answering paragraph 3.18 of Plaintiffs' Complaint, TPLIC asserts that this statement is a description of Plaintiffs' claims and does not require an answer. To the extent an answer is required, it is denied.

148.    Answering paragraph 3.19 of Plaintiffs' Complaint, TPLIC asserts the statement is a conclusion of law and does not require a response. Any mischaracterization or misstatement of same is denied. If a response is later deemed required, it is denied.

#### B. Violation – Twisting

149.    Answering paragraph 3.20 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

150.    Answering paragraph 3.21 of Plaintiffs' Complaint, TPLIC asserts the statute speaks for itself and no response is required. Any mischaracterization

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 27

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

151.    Answering paragraph 3.22 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the remaining averments as to the other Defendants, so denies same.  To the extent this paragraph purports to summarize an Exhibit to the Complaint, the Exhibit  speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

152.    Answering paragraph 3.23 of Plaintiffs' Complaint, TPLIC asserts its Policy insuring Mr. Shields and his spouse speaks for itself and no response is required. To the extent that this paragraph references any prior policy or contract between Plaintiffs and any other Defendant or third party, any such policy would also speak for itself.  Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

153.    Answering paragraph 3.24 of Plaintiffs' Complaint, TPLIC asserts the Policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

154.   Answering paragraph 3.25 of Plaintiffs' Complaint, TPLIC asserts the Policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

155.   Answering paragraph 3.26 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

156.   Answering paragraph 3.27 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

157.   Answering paragraph 3.28 of Plaintiffs' Complaint, TPLIC admits only that it has not made any payments to Plaintiffs under the Policy. TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments, so denies same.

## Fourth Cause of Action:
## FRAUD IN THE SALE, SOLICITATION, NEGOTIATION, AND ADVERTISING OF INSURANCE, CLAIMS HANDLING, AND FRAUDULENT INDUCEMENT TO CONTRACT

158.   Answering paragraph 3.29 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 29

4853-0189-5925.3



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

159.    Answering paragraph 3.30 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

160.    Answering paragraph 3.31 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

161.    Answering paragraph 3.32 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

162.    Answering paragraph 3.33 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

163.    Answering paragraph 3.34 of Plaintiffs' Complaint, TPLIC admits only that its contractual relationship with Mr. Shields is governed by the Policy, the written terms of which speak for themselves.  TPLIC further asserts the letter attached as Exhibit 2 to the Complaint speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, TPLIC denies same. The TPLIC is without knowledge or information to form a belief as to the truth of the remaining

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 30

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

averments, so denies same.

164.    Answering paragraph 3.35 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

165.    Answering paragraph 3.36 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

166.    Answering paragraph 3.37 of Plaintiffs' Complaint, TPLIC asserts the Policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

167.    Answering paragraph 3.38 of Plaintiffs' Complaint, TPLIC asserts the Policy speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, TPLIC denies same.  TPLIC is without knowledge or information to form a belief as to the truth of the remaining averments regarding the unidentified "advertisement," so denies same.

168.    Answering paragraph 3.39 of Plaintiffs' Complaint, TPLIC asserts the Policy speaks for itself and no response is required. Any mischaracterization

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

169.   Answering paragraph 3.40 of Plaintiffs' Complaint, TPLIC asserts the letter attached as Exhibit 2 to the Complaint speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required, it is denied.

170.   Answering paragraph 3.41 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

171.   Answering paragraph 3.42 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of the averments, so denies same.

172.   Answering paragraph 3.43 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

173.   Answering paragraph 3.44 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

174.   Answering paragraph 3.45 of Plaintiffs' Complaint, TPLIC is

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 32

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

without knowledge or information to form a belief as to the truth of these averments, so denies same.

175.    Answering paragraph 3.46 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of these averments, so denies same.

176.    Answering paragraph 3.47 of Plaintiffs' Complaint, TPLIC admits that Mr. Shields has timely paid payments on the Policy, which is currently in effect.

177.    Answering paragraph 3.48 of Plaintiffs' Complaint, TPLIC asserts the statement is a conclusion of law, with no response required. Any mischaracterization or misstatement of same is denied. If a response is later deemed required, it is denied.

178.    Answering paragraph 3.49 of Plaintiffs' Complaint, TPLIC denies.

### Fifth Cause of Action:
### BREACH OF FIDUCIARY DUTY AND/OR BREACH OF QUASI FIDUCIARY DUTY

179.    Answering paragraph 3.50 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

180.    Answering paragraph 3.51 of Plaintiffs' Complaint, TPLIC is

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 33

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

without knowledge or information to form a belief as to the truth of these averments, so denies same.

181.    Answering paragraph 3.52 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

182.    Answering paragraph 3.53 of Plaintiffs' Complaint, TPLIC denies.

183.    Answering paragraph 3.54 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

184.    Answering paragraph 3.55 of Plaintiffs' Complaint, TPLIC denies.

**Sixth Cause of Action:**
**INSURANCE FAIR CONDUCT ACT / CONSUMER PROTECTION ACT**

185.    Answering paragraph 3.56 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

186.    Answering paragraph 3.57 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

187.    Answering paragraph 3.58 of Plaintiffs' Complaint, TPLIC denies.

188.    Answering paragraph 3.59 of Plaintiffs' Complaint, TPLIC denies.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 34

4853-0189-5925.3

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

189.    Answering paragraph 3.60 of Plaintiffs' Complaint, TPLIC asserts the statement is a conclusion of law and does not require a response. Any mischaracterization or misstatement of same is denied. If a response is later deemed required, it is denied.

190.    Answering paragraph 3.61 of Plaintiffs' Complaint, TPLIC asserts this statement describes Plaintiffs' claims and no response is required. To the extent a response is required, it is denied.

191.    Answering paragraph 3.62 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

192.    Answering paragraph 3.63 of Plaintiffs' Complaint, TPLIC asserts that the statement describes Plaintiff's claims and does not require a response. To the extent a response is required, it is denied.

193.    Answering paragraph 3.64 of Plaintiffs' Complaint, TPLIC admits it in the business of insurance, and asserts the statement is a conclusion of law and does not require a response. Any mischaracterization or misstatement of same is denied.  TPLIC is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

194.    Answering paragraph 3.65 of Plaintiffs' Complaint, TPLIC denies.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Seventh Cause of Action:**
**CONSUMER PROTECTION ACT – DECEPTIVE PRACTICES /**
**UNFAIR COMPETITION**

195.    Answering paragraph 3.66 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

196.    Answering paragraph 3.67 of Plaintiffs' Complaint, TPLIC denies.

197.    Answering paragraph 3.68 of Plaintiffs' Complaint, TPLIC denies.

198.    Answering paragraph 3.69 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

199.    Answering paragraph 3.70 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

200.    Answering paragraph 3.71 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

201.    Answering paragraph 3.72 of Plaintiffs' Complaint, TPLIC denies.

202.    Answering paragraph 3.73 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 36

4853-0189-5925.3

of the averments as to other Defendants, so denies same.

203.    Answering paragraph 3.74 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

204.    Answering paragraph 3.75 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

205.    Answering paragraph 3.76 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

206.    Answering paragraph 3.77 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of the averments, so denies same.

207.    Answering paragraph 3.78 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

208.    Answering paragraph 3.79 of Plaintiffs' Complaint, TPLIC asserts the letter speaks for itself and no response is required. Any mischaracterization or misstatement of same is denied. To the extent a response is later deemed required,

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 37

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

TPLIC denies same.

### Eighth Cause of Action:
### BAD FAITH / BREACH OF IMPLIED DUTY OF GOOD FAITH AND FAIR DEALING

209.    Answering paragraph 3.80 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

210.    Answering paragraph 3.81 of Plaintiffs' Complaint, TPLIC admits it is the insurer under the Policy, which is a contract that provides insurance coverage for Mr. Shields and his spouse.   TPLIC, is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

211.    Answering paragraph 3.82 of Plaintiffs' Complaint, TPLIC asserts the statement is a conclusion of law for which no response is required. Any mischaracterization or misstatement of same is denied.  To the extent a response is required, TPLIC denies same.

212.    Answering paragraph 3.83 of Plaintiffs' Complaint, TPLIC denies.

213.    Answering paragraph 3.84 of Plaintiffs' Complaint, TPLIC denies.

214.    Answering paragraph 3.85 of Plaintiffs' Complaint, TPLIC denies.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 38

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1
2

## Ninth Cause of Action:
## DECLARATORY JUDGMENT / RCW 7.24

3
4
5
6

215.    Answering paragraph 3.86 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

7
8
9
10

216.    Answering paragraph 3.87 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

11
12
13
14

217.    Answering paragraph 3.88 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

15
16
17
18

218.    Answering paragraph 3.89 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

19
20
21
22

219.    Answering paragraph 3.90 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

23
24
25
26

220.    Answering paragraph 3.91 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

221.   Answering paragraph 3.92 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

222.   Answering paragraph 3.93 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

223.   Answering paragraph 3.94 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

224.   Answering paragraph 3.95 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

225.   Answering paragraph 3.96 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

226.   Answering paragraph 3.97 of Plaintiffs' Complaint, TPLIC asserts the statement describes the relief Plaintiffs request and does not require a response. To the extent a response is required, TPLIC denies.

227.   Answering paragraph 3.98 of Plaintiffs' Complaint, TPLIC denies.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 40

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

## Tenth Cause of Action:
## NEGLIGENT CLAIMS HANDLING

228.    Answering paragraph 3.99 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

229.    Answering paragraph 3.100 of Plaintiffs' Complaint, TPLIC denies.

230.    Answering paragraph 3.101 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

231.    Answering paragraph 3.102 of Plaintiffs' Complaint, TPLIC denies.

232.    Answering paragraph 3.103 of Plaintiffs' Complaint, TPLIC denies.

## Eleventh Cause of Action:
## UNFAIR TRADE AND COMPETITION (RCW 19.86.020)

233.    Answering paragraph 3.104 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

234.    Answering paragraph 3.105 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 41

4853-0189-5925.3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1
2

## Twelfth Cause of Action:
## BREACH OF CONTRACT: EXPRESSED AND IMPLIED

3

4      235.   Answering paragraph 3.106 of Plaintiffs' Complaint, TPLIC repeats

5   and incorporates its responses to all preceding paragraphs as if set forth fully

6   herein.

7      236.   Answering paragraph 3.107 of Plaintiffs' Complaint, TPLIC admits

8   it is the insurer for the Policy that insures Ronald Shields and his spouse, with an

9
10  effective date of January 1, 2014.  TPLIC, is without knowledge or information

11  to form a belief as to the truth of the averments as to other Defendants, so denies

12  same.

13

14     237.   Answering paragraph 3.108 of Plaintiffs' Complaint, TPLIC asserts

15  that this statement is a conclusion of law that requires no response. To the extent

16
17  a response is required, it is denied.

18     238.   Answering paragraph 3.109 of Plaintiffs' Complaint, TPLIC admits

19  Mr. Shields has timely paid premiums for the Policy to date.

20
21     239.   Answering paragraph 3.110 of Plaintiffs' Complaint, TPLIC denies

22  as to TPLIC, and is without knowledge or information to form a belief as to the

23  truth of the averments as to other Defendants, so denies same.

24
25     240.   Answering paragraph 3.111 of Plaintiffs' Complaint, TPLIC denies

26  as to TPLIC, and is without knowledge or information to form a belief as to the

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

truth of the averments as to other Defendants, so denies same.

**Thirteenth Cause of Action:**
**PROMISSORY ESTOPPEL**

241.   Answering paragraph 3.112 of Plaintiffs' Complaint, TPLIC repeats and incorporates its responses to all preceding paragraphs as if set forth fully herein.

242.   Answering paragraph 3.113 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

243.   Answering paragraph 3.114 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

244.   Answering paragraph 3.115 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of the averments, so denies same.

245.   Answering paragraph 3.116 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

## IV. DAMAGES/ADDITIONAL CLAIMS HANDLING VIOLATIONS

246.   Answering paragraph 4.1 of Plaintiffs' Complaint, TPLIC admits

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 43

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

that Mr. Shields has contractual rights under the Policy, pursuant to the terms of the Policy, which speaks for itself.

247.    Answering paragraph 4.2 of Plaintiffs' Complaint, TPLIC denies as to TPLIC, and is without knowledge or information to form a belief as to the truth of the averments as to other Defendants, so denies same.

248.    Answering paragraph 4.3 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of the averments, so denies same.

249.    Answering paragraph 4.4 of Plaintiffs' Complaint, TPLIC admits only that Mr. Shields has contractual rights under the Policy, pursuant to the terms of the Policy, which speaks for itself.    TPLIC denies the remainder of the paragraph.

250.    Answering paragraph 4.5 of Plaintiffs' Complaint, TPLIC is without knowledge or information to form a belief as to the truth of the averments, based on the undefined phrase, "time of the loss," so denies same.

251.    Answering paragraph 4.6 of Plaintiffs' Complaint, TPLIC denies.

252.    Answering paragraph 4.7 of Plaintiffs' Complaint, TPLIC assert this statement is a description of Plaintiffs' claims and no response is required. To the extent a response is later required, TPLIC denies.

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

253.    Answering paragraph 4.8 of Plaintiffs' Complaint, TPLIC denies.

**AFFIRMATIVE AND OTHER DEFENSES**

1.    The Complaint fails to state a claim upon which relief can be granted.

2.    All claims asserted in the Complaint are barred because TPLIC did not engage in any unlawful conduct, and no act or omission of TPLIC caused the Plaintiffs any injury, including the injury alleged in the Complaint.

3.    Some or all of the claims asserted in the Complaint may be barred by the applicable statute of limitations.

4.    If any award is made against these parties, the award be apportioned among any and all at-fault entities.

5.    The TPLIC is not responsible for any damages caused in whole or in part by the independent, intervening, or superseding acts of third parties.  TPLIC is not responsible and is not the legal or proximate cause of any damages resulting from any acts, representations, or omissions by third parties which were not authorized and/or were not performed with actual, implied, or apparent authority.

6.    Some or all of the claims asserted in the Complaint are barred, in whole or in part, by the Plaintiffs' contributory negligence and because the matters complained of were adequately disclosed to the Plaintiffs and/or they failed to read documents which were provided to them which disclosed such matters.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 45

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

7.      All claims asserted in the Complaint are barred, in whole or in part, because the TPLIC did not breach any common law or contractual duty owed to the Plaintiffs.

8.      All claims asserted in the Complaint are barred by the express terms of the Policy.

9.      One or more of the Plaintiffs lack standing to bring some or all of the claims asserted in the Complaint.

10.     All claims asserted in the Complaint are barred because the Plaintiffs construes the Policy in a manner that renders performance impracticable and/or frustrates the purpose of the contract.

11.     All claims for equitable, declaratory, and/or injunctive relief are barred because the Plaintiffs have an adequate remedy at law.

12.     All claims asserted in the Complaint are barred, in whole or in part, by the doctrines of ratification, waiver, consent, estoppel, and/or unclean hands.

13.     Some or all of the claims asserted in the Complaint are barred by applicable provisions of the Policy, such that the Plaintiffs could not reasonably or justifiably rely on any representations or other documents, if any, which are contradicted by the terms of the Policy.  Further, to the extent that the Plaintiffs' claims are based upon or rely for evidence upon the terms of other written

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 46

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

instruments or documents, the Policy provides the best evidence of its terms and supersedes any contrary allegations in, or documents attached to, the Complaint.

14.     Some or all of the claims asserted in the Complaint are barred by the doctrines of merger, integration, the parol evidence rule, and the legal fact that the Policy embodies the complete agreement between Mr. Shields and TPLIC.

15.     Some or all of the claims asserted in the Complaint are barred, in whole or in part, or are subject to offset because TPLIC conferred benefits upon the Plaintiffs.

16.     All claims asserted in the Complaint are barred because Plaintiffs have not sustained any recoverable damages and, more fundamentally, TPLIC did not legally cause any of the damages claimed in the Complaint, and the Plaintiffs have not suffered any injury or damage by reason of any unlawful act or omission by TPLIC.

17.     All claims asserted in the Complaint are barred because Plaintiffs have failed to submit an adequate proof of loss as required under the Policy.

18.     All claims for statutory penalties and attorney's fees are barred because at all times TPLIC has acted in good faith, in compliance with its statutory duties, and Mr. Shields' claim submissions have been reasonably investigated as required by applicable law.

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 47

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

19.     Some claims in the Complaint are not ripe for adjudication.

20.     The claims asserted in the Complaint are barred, in whole or in part, by Plaintiffs' failure to adhere to and perform contractual conditions.

21.     All claims asserted in the Complaint are barred because TPLIC did not legally cause any of the damages claimed in the Complaint, and the Plaintiffs have not suffered any injury or damage by reason of any unlawful act or omission by TPLIC.

22.     TPLIC denies that Plaintiffs have suffered any damage, loss or harm as alleged in the Complaint.  Nevertheless, to the extent Plaintiffs have suffered any damage, loss, or harm, it is a result of their failure to mitigate such damage, harm or loss.

23.     The alleged conduct of TPLIC cannot support an award of exemplary damages, and any award of exemplary damages in this matter would violate the Due Process Clause of the United States Constitution and the corresponding provision of the Constitution of the State of Washington.

24.     Any award of exemplary damages to the plaintiff would be in violation of the constitutional rights and safeguards provided to TPLIC under the Constitution of the United States of America including, without limitation, because there are no limitations placed on a jury's discretion in considering the

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 48

RS   Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

imposition or amount of such damages, there are no sufficient trial court and appellate review mechanisms to constitutionally confirm any such damage award, and the imposition of such a damage award would allow a verdict tainted by passion and prejudice.

25.    Any award of exemplary damages in this case would violate the procedural and substantive safeguards provided to TPLIC under the Fifth, Sixth, Eighth, and Fourteenth Amendments to the Constitution of the United States, and under the Constitution of the State of Washington, in that such damages are penal in nature and, consequently, TPLIC is entitled to the same procedural and substantive safeguards afforded to criminal defendants.

26.    Any award of exemplary damages to the Plaintiffs in this case would violate the Eighth Amendment to the Constitution of the United States and the Constitution of the State of Washington in that such damages would constitute imposition of an excessive fine.

27.    TPLIC reserves its right to assert all other defenses and to add any other affirmative defenses as may be revealed by further investigation and discovery in this case.

## PRAYER FOR RELIEF

WHEREFORE, having fully and completely responded to each and every

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

1  allegation and claim in the Complaint, TPLIC prays that the Plaintiff take nothing,

2  that the Complaint be dismissed in its entirety with prejudice, that TPLIC recover

3  its attorney's fees and costs for defending this action, and for such other and

4  further relief as the Court deems just and proper.

5

6        DATED this 31st day of August, 2021.

7

8              By  *s/ Kristin Nealey Meier*
9              By  *s/ Shanece M. Dedeaux*
               Kristin Nealey Meier, WSBA #33562
10             Shanece M. Dedeaux, WSBA #56734
               *Attorneys for Defendants*
11             RYAN, SWANSON & CLEVELAND, PLLC
               1201 Third Avenue, Suite 3400
12             Seattle, Washington 98101-3034
               Telephone: (206) 464-4224
13             Facsimile: (206) 583-0359
               kmeier@ryanlaw.com
14             dedeaux@ryanlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 50

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4853-0189-5925.3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 31st day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

_____

Angie Henderson, Legal Assistant
henderson@ryanlaw.com

DEFENDANT TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY'S ANSWER TO COMPLAINT - 51

4853-0189-5925.3

RS    Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359