FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RONALD SHIELDS, individually and as Personal Representative of the Estate of NORMA SHIELDS, and on behalf of the marital community of RONALD SHIELDS and NORMA SHIELDS,

   Plaintiff,

v.

TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, an Iowa Corporation; NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Foreign Nonprofit Corporation, d/b/a NRA Endorsed Insurance Program; and, A.G.I.A. Inc., a California Corporation d/b/a AGIA Infinity, and as agent/Partner of NRA Endorsed Insurance Program,

   Defendants.

No.   2:20-cv-00438-SMJ

**ORDER ADOPTING AND AMENDING PROPOSED PROTECTIVE ORDER**

Before the Court is Defendants' Motion for Protective Order, ECF No. 78. Plaintiff is opposed and objects to several portions of Defendants' proposed order. ECF No. 93. After review of the file, the motion, the Proposed Protective Order, and Plaintiff's Response, the Court is fully informed and adopts the Proposed Protective Order pursuant to Federal Rule of Civil Procedure 26(c) with two

ORDER ADOPTING AND AMENDING PROTECTIVE ORDER – 1

amendments.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Defendants' Proposed Protective Order, **ECF No. 78-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference subject to the following amendments:

    *A.* In Section 5.2(b) of the Proposed Protective Order, **ECF No. 78-1 at 7**, the last sentence is **AMENDED** to "If the 20-day period has not elapsed, and a party seeks to file or quote from any such proceedings, the parties (or relevant non-party) shall confer in good faith to identify confidential material prior to any such filing."

//
//
//
//
//
//
//
//
//
//

ORDER ADOPTING AND AMENDING PROTECTIVE ORDER – 2

**B.** In Section 9.3 of the Proposed Protective Order, **ECF No. 78-1 at 11**, the first sentence is **AMENDED** to "Within 21 days of the notification that such Inadvertently Disclosed Information has been returned, sequestered, or destroyed by the receiving party pursuant to Federal Rule 26(b)(5)(B), or within a different time upon written agreement of the parties or order of the court, the disclosing party shall produce a privilege log with respect to the Inadvertently Disclosed Information."

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of May 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge