Kristin Nealey Meier, WSBA #33562
Shanece M. Dedeaux, WSBA #56734
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 464-4224
kmeier@ryanlaw.com
dedeaux@ryanlaw.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| RONALD SHIELDS, individually and as Personal Representative of the Estate of NORMA SHIELDS, and on behalf of the marital community of RONALD SHIELDS and NORMA SHIELDS,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, an Iowa Corporation; and, NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Foreign Nonprofit Corporation, d/b/a NRA Endorsed Insurance Program; and, A.G.I.A. Inc., a California Corporation d/b/a AGIA Infinity, and as agent/Partner of NRA Endorsed Insurance Program,<br><br>　　　　　　　　Defendants. | **The Honorable Salvador Mendoza, Jr.**<br><br>NO. 2:20-cv-00438-SMJ<br><br>**JOINT STATUS REPORT** |

Plaintiff, Ronald Shields ("Plaintiff"), and Defendants Transamerica Premier Life Insurance Company, now known as Transamerica Life Insurance Company ("Transamerica"), National Rifle Association of America ("NRA"), and A.G.I.A. Inc. ("AGIA") (collectively, Defendants), pursuant to the Order

JOINT STATUS REPORT - 1

1  Referring this Matter to Magistrate Judge Ekstrom for Mediation (ECF No. 122)

2  in this matter, advise the Court that a Settlement Conference has been scheduled

3  with Magistrate Judge Alexander C. Ekstrom for September 12, 2022 at 9:00 a.m.

4      One of the Defendant representatives recently developed a conflict with the

5  September 12, 2022, date. The parties are working together to find alternate dates,

6  and will comply with Magistrate Judge Ekstrom's request to file a motion to

7  obtain permission to change the Settlement Conference date.

8      DATED this 5th day of August, 2022.

By *s/ Kristin Nealey Meier*
By *s/ Shanece M. Dedeaux*
    Kristin Nealey Meier, WSBA #33562
    Shanece M. Dedeaux, WSBA #56734
    RYAN, SWANSON & CLEVELAND, PLLC
    1201 Third Avenue, Suite 3400
    Seattle, Washington 98101-3034
    Tel: (206) 464-4224
    Fax: (206) 583-0359
    kmeier@ryanlaw.com
    dedeaux@ryanlaw.com
    *Attorneys for Defendants*

    Julianna Thomas McCabe *(pro hac vice)*
    Todd M. Fuller *(pro hac vice)*
    CARLTON FIELDS, P.A.
    2 MiamiCentral
    700 NW 1st Avenue, Ste. 1200
    Miami, Florida 33136-4118
    Tel: (305) 530-0050
    Fax: (305) 530-0055
    jtmccabe@carltonfields.com
    tfuller@carltonfields.com

JOINT STATUS REPORT - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4864-4990-3404.1

Markham R. Leventhal *(pro hac vice)*
CARLTON FIELDS, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC  20007-5208
Tel: (202) 965-8100
Fax: (202) 965-8104
MLeventhal@carltonfields.com

*Attorneys for Transamerica Premier Life Insurance Company*


By  *s/ Ryan M. Best*
    Ryan M. Best, WSBA # 33672
    Michael Merkelbach, WSBA # 55389
    Best Law, PLLC
    905 W. Riverside, Suite 409
    Spokane, WA 99201
    Telephone: (509) 624-4422
    ryan.best@bestlawspokane.com
    mike.m@bestlawspokane.com
    *Attorneys for Plaintiff*


By  *s/ Markus W. Louvier*
    Markus W. Louvier, WSBA #39319
    Evans, Craven Lackie, P.S.
    818 W. Riverside Ave., Ste. 250
    Spokane, WA 99201
    T: 509.455.5200
    F: 509.455.3632
    mlouvier@ecl-law.com
    *Attorneys for Plaintiff*

JOINT STATUS REPORT - 3

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4864-4990-3404.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*A. Henderson*

Angie Henderson, Legal Assistant
henderson@ryanlaw.com

JOINT STATUS REPORT - 4

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4864-4990-3404.1