1 | Kristin Nealey Meier, WSBA #33562
2 | RYAN, SWANSON & CLEVELAND, PLLC
  | 1201 Third Avenue, Suite 3400
  | Seattle, WA 98101
3 | (206) 464-4224
  | kmeier@ryanlaw.com
4 | *Attorney for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| RONALD SHIELDS, individually and as Personal Representative of the Estate of NORMA SHIELDS, and on behalf of the marital community of RONALD SHIELDS and NORMA SHIELDS, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, an Iowa Corporation; and, NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Foreign Nonprofit Corporation, d/b/a NRA Endorsed Insurance Program; and, A.G.I.A. Inc., a California Corporation d/b/a AGIA Infinity, and as agent/Partner of NRA Endorsed Insurance Program, <br><br> Defendants. | **The Honorable Thomas O. Rice** <br><br> NO. 2:20-cv-00438-SMJ <br><br> **STIPULATED MOTION AND ORDER TO DISMISS** <br><br> **November 28, 2022** <br> **Without Oral Argument** |

STIPULATED MOTON AND ORDER TO DISMISS - i

**STIPULATION**

The parties have reached a settlement in this matter. Pursuant to LCR 41(a)(1)(B), the above-entitled matter may be dismissed with prejudice and without costs or attorneys' fees to either party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 28, 2022    By *s/ Ryan M. Best*
By *s/ Michael Merkelbach*
Ryan M. Best, WSBA # 33672
Michael Merkelbach, WSBA # 55389
Best Law, PLLC
905 W. Riverside, Suite 409
Spokane, WA 99201
Telephone: (509) 624-4422
ryan.best@bestlawspokane.com
mike.m@bestlawspokane.com
*Attorneys for Plaintiffs*

DATED: November 28, 2022    By *s/ R Markus W. Louvier*
R Markus W. Louvier, WSBA #39319
Evans, Craven, Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
Tel: 509.455.5200
Fax: 509.455.3632
*Attorneys for Plaintiffs*

DATED: November 28, 2022    By *s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Tel: (206) 464-4224
Fax: (206) 583-0359
kmeier@ryanlaw.com
*Attorneys for Defendants*

STIPULATED MOTION AND ORDER TO DISMISS - 1



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

s/ Todd M. Fuller
Todd M. Fuller *(pro hac vice)*
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Tel: (305) 530-0050
Fax: (305) 530-0055
tfuller@carltonfields.com

s/ Markham R. Leventhal
Markham R. Leventhal *(pro hac vice)*
CARLTON FIELDS, P.A.
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007-5208
Tel: (202) 965-8100
Fax: (202) 965-8104
MLeventhal@carltonfields.com

*Attorneys for Transamerica Premier Life Insurance Company*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
The Honorable Thomas O. Rice
United States District Court Judge

STIPULATED MOTION AND ORDER TO DISMISS - 2

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359