UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD SHIELDS, individually and as Personal Representative of the Estate of NORMA SHIELDS, and on behalf of the marital community of RONALD SHIELDS and NORMA SHIELDS,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, an Iowa Corporation; and, NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Foreign Nonprofit Corporation, d/b/a NRA Endorsed Insurance Program; and, A.G.I.A. Inc., a California Corporation d/b/a AGIA Infinity, and as agent/Partner of NRA Endorsed Insurance Program,<br><br>    Defendants. | NO: 2:20-CV-0438-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF

2 No. 192).  The stipulation is filed pursuant to LCivR 41(a)(1)(B) and provides for

3 the dismissal of this matter with prejudice and without costs or attorneys' fees to

4 either party.  The Court has reviewed the record and files herein and is fully

5 informed.

6    According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may

7 dismiss an action by filing a stipulation signed by all parties who have appeared.

8 **ACCORDINGLY, IT IS HEREBY ORDERED**:

9    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

10 **DISMISSED** with prejudice and without costs or attorneys' fees to either party.

11    All pending motions are DENIED as moot.

12    All deadlines, hearings and trial are VACATED.

13    The District Court Executive is directed to enter this Order and Judgment

14 accordingly, furnish copies to counsel, and **CLOSE** the file.

15    DATED November 29, 2022.



                THOMAS O. RICE
              United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2